1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIN SNIDER, Bar #304781
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   BENJAMIN HOWE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:16-mj-00013-MJS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION FOR RULE 43 WAIVER OF APPEARANCE AT INITIAL APPEARANCE; |
| vs. | ) ) | ORDER THEREON |
| BENJAMIN HOWE, | ) ) | Date:  April 20, 2016 Time: 10:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Benjamin Howe, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for his initial appearance, and be allowed to appear telephonically.  Mr. Howe agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Howe were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  The government has no objection to this request.

Mr. Howe is charged with one count of failure to obey the directions of a traffic control device in violation of 36 C.F.R. § 4.12 and three counts of possession of a controlled substance in violation of 36 C.F.R. § 2.35(b)(2).  Mr. Howe will be entering not guilty pleas at his initial appearance.  This is Mr. Howe's first request for a waiver of appearance.  Mr. Howe is a student at Columbia University in New York City, New York.  Mr. Howe works ten hours per week as a

tutor but does not otherwise have a paying job. It would be a serious hardship for Mr. Howe to travel to Yosemite, both because of the cost and because he would miss several days of school close to finals.

Accordingly, Mr. Howe respectfully requests the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via telephone.

Respectfully submitted,

Date: April 12, 2016                    */s/ Matthew McNease*
                                        MATTHEW MCNEASE
                                        Yosemite Legal Officer
                                        Counsel for the Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: April 12, 2016                    */s/ Erin Snider*
                                        ERIN SNIDER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        BENJAMIN HOWE

# O R D E R

**GOOD CAUSE APPEARING**, the above request for Defendant's waiver of personal appearance and request to appear via telephone at the initial appearance hearing in Case No. 6:16-mj-00013-MJS, is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   April 13, 2016                 /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

Howe/Request for Rule 43 Waiver of Appearance