1  Susan St. Vincent
   Legal Officer
2  Armin M. Najafi
   Acting Legal Officer
3  NATIONAL PARK SERVICE
   Legal Office
4  P.O. Box 517
   Yosemite, California  95389
5  Telephone:  (209) 372-0241
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 6:16-MJ-013-MJS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO VACATE; AND ORDER THEREON** |
| BENJAMIN ARMSTRONG HOWE | |
| Defendant. | |

The United States, by and through its representative, Armin M. Najafi hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for August 01, 2017.  To date, Defendant has complied with all the terms of the unsupervised probation imposed by this Court on August 31, 2016.

.

Dated:  July 25, 2017                     NATIONAL PARK SERVICE

/S/ Armin M. Najafi
Armin M. Najafi
Acting Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for August 01, 2017 in the above-referenced matter, *United States v. Howe* 6:16-mj-013-MJS, be vacated.

IT IS SO ORDERED.

Dated:   July 25, 2017                              /s/ *Michael J. Seng*
                                                                UNITED STATES MAGISTRATE JUDGE